**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**(Sacramento)**

| | |
|---|---|
| CONRAD SCHNECK, | ) |
| | ) Case No.: 2:23-cv-00793-DJC-AC |
| Plaintiff, | ) |
| vs. | ) **ORDER ON MOTION FOR EXTENSION** |
| | ) **OF TIME TO RESPOND TO** |
| SYSTEMS & SERVICES TECHNOLOGIES, INC, and EQUIFAX INFORMATON SERVICES, LLC, | ) **COMPLAINT** |

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **August 6, 2023**.

It is SO ORDERED.

Dated: July 7, 2023        /s/ Daniel J. Calabretta
                           THE HONORABLE DANIEL J. CALABRETTA
                           UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500